JOSE A. AYUSO *v.* COMMISSIONER
OF CORRECTION
(AC 35051)

Gruendel, Lavine and Robinson, Js.

Submitted on briefs October 11—officially released October 29, 2013

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* MICHAEL SCATENA
(AC 34881)

Beach, Bear and Lavery, Js.

Argued October 9—officially released October 29, 2013

Per Curiam. The judgment is affirmed.

NEWTOWN SAVINGS BANK *v.* RICHARD L.
FENAROLI ET AL.
(AC 35339)

Beach, Bear and Lavery, Js.

Argued October 9—officially released October 29, 2013

Per Curiam. The judgment is affirmed and the case
is remanded for the purpose of setting new law days.